# (February 21, 1984)

■ ANTHONY BISACCIA et al., Appellants-Respondents, v TOWN OF SOUTHAMPTON, Respondent-Appellant, et al., Defendants. — Order of the Supreme Court, Suffolk County (England, J.), dated July 28, 1982, affirmed, without costs or disbursements. No opinion. Appeals by Town of Southampton from orders of the same court dated December 1, 1981 (D'Amaro, J.), and February 10, 1982 (D'Amaro, J.), respectively, dismissed as academic, without costs or disbursements, in light of the determination of the appeal from the order dated July 28, 1982. O'Connor, J. P., Weinstein, Niehoff and Boyers, JJ., concur.

■ ARTHUR BRANDT, Respondent, v CENTRAL HUDSON GAS & ELECTRIC CORP., Appellant. — Order of the Supreme Court, Rockland County (Green, J.), dated August 31, 1983, affirmed, insofar as appealed from, with costs. (See *Schoenhals v Kissing Bridge Corp.*, 96 AD2d 711.) Mangano, J. P., Gibbons, Thompson and Rubin, JJ., concur.